IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

KAHALA FRANCHISING, LLC,

    Plaintiff,                                                   ORDER

    v.                                                     17-cv-46-wmc

TIM LEE and JIM OLSON,

    Defendants.
_____

The court is in receipt of plaintiff Kahala Franchising, LLC's motion for preliminary injunction. (Dkt. #4.) Having now filed a statement of proposed findings of facts, the court sets the following briefing schedule.

ORDER

IT IS ORDERED THAT:

1. Plaintiff is directed to serve its complaint, motion for preliminary injunction, including all supporting materials, and this order on defendant as soon as possible. Plaintiff is further directed to file an affidavit of service with the court once completed.

2. Defendants Tim Lee and Jim Olson's response to plaintiff's motion for preliminary injunction is due 21 days from the date of service. Any reply will be due 7 days from service of that response.

3. The court will hold a hearing on the motion, if necessary, on March 8, 2017, at 1:00 p.m.

Entered this 25th day of January, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge